Attorney(s) Law Offices of Michael D. Steger, PC
Index # **18-CV-7890**
Purchased/Filed:
State of New York
Court: U. S. District
County: Southern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Desire LLC a California Limited Liability Company

against

N.Y. Invasion Inc et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.

Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White

Hair color: Brown  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 1, 2018, at 12:35 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Fashion Collections Sportswear Inc**

the Defendant in this action, by delivering to and leaving with  Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  $40  dollars; That said service was made pursuant to Section  BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

1st day of October 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
**Invoice·Work Order #** 1829436
Attorney File # **Desire LLC**